```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

FRANGIE ESPINAL, on behalf of himself and all others similarly situated,

              Plaintiff,

           - against -

ABINE, INC.,

              Defendant.

-------------------------------------------------------------------------X

24-CV-8275 (PAE) (HJR)

**ORDER**

**HENRY J. RICARDO, United States Magistrate Judge:**

    Plaintiff Frangie Espinal filed the Complaint on October 30, 2024 (Dkt. No. 1). Plaintiff was required to serve the Defendant by January 28, 2025. No proof of service has been filed, and it does not appear that Plaintiff has requested a summons.

    Plaintiff is directed to file a status letter on the docket by February 28, 2025 informing the Court as to Plaintiff's litigation plan, including her plan for service of Defendant. Failure to comply with this Order could result in a recommendation to Judge Engelmayer that this action be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41.

    **SO ORDERED.**

DATED:    New York, New York
               February 14, 2025

                                                              Henry J. Ricardo
                                                              United States Magistrate Judge