

Karla Del Pozo García
Managing Associate

karla.delpozogarcia@dentons.com
D +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

July 1, 2025

**VIA ECF**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Espinal v. Abine, Inc.;* Case No. 1:24-cv-08275-PAE-HJR

Engelmayer:
Dear Judge ~~Ricardo:~~

We represent Defendant Abine, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move the Court to stay all case deadlines in this action for forty-five (45) days, from July 1, 2025 to August 15, 2025.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

GRANTED.  The case is hereby stayed for 45 days.  The parties are directed to file a joint status update on August 15, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 1, 2025

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms